MICHAEL R. BROOKS
California Bar No. 167315
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor
Las Vegas, Nevada 89169
(702) 699-7500
Attorneys for Defendants Deutsche Bank National Trust
Company, American Home Mortgage Servicing, and
Sand Canyon Corp. as successor-in-interest to Premier
Trust Deed Services and Option One Mortgage Corp.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GARCIA, ROSE GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>DUETSCHE BANK NATIONAL TRUST COMPANY; AMERICAN HOME MORTGAGE SERVICING; PREMIER TRUST DEED SERVICES; OPTION ONE MORTGAGE; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No.: 1:08-cv-01569-OWW-SMS |

## ORDER

The above-referenced matter having come before this Court for hearing on January 12, 2009 at 10:00 a.m., pursuant to Defendants Deutsche Bank National Trust Company,[1] American Home Mortgage Servicing, Inc., and Sand Canyon Corp. as successor-in-interest to Premier Trust Deed Services and Option One Mortgage Corp.'s Motion to Dismiss. The Defendants in this case were represented at the hearing by Michael R. Brooks, of Jolley Urga Wirth Woodbury & Standish, no other parties or their counsel were present.

/ / /

---

[1] The caption has misspelled Deutsche Bank National Trust Company as "Duetsche Bank National Trust Company." We will refer to Deutsche Bank throughout this Order by its correctly spelled name, Deutsche Bank National Trust Company.

1    The Court, having reviewed the defendants' Motion, and following oral argument,

2    ORDERS as follows:

3    IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is well taken and is hereby

4    GRANTED.

5    IT IS FURTHER ORDERED that Plaintiffs shall have 15 days leave from the date of the

6    notice of entry of this order to file an amended complaint.

8    DATED this 4th day of February, 2009.

10                                                BY THE COURT:

14                                                /s/ OLIVER W. WANGER

15                                                DISTRICT COURT JUDGE

18   Submitted By:

21   _____
     Michael R. Brooks, Esq.
22   California Bar No. 167315
     3800 Howard Hughes Parkway,
23   16th Floor
     Las Vegas, Nevada 89169
24   Attorney for Defendant Deutsche Bank
     National Trust Company, American
25   Home Mortgage Servicing, Inc., Premier
     Trust Deed Services, Inc.,
26   and Option One Mortgage Corp.