UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOEL GARCIA, ROSE GARCIA,

                    1:08-CV-01569 OWW

vs.

DUETSCHE BANK NATIONAL TRUST        NOTICE OF HEARING ON
COMPANY, ET.AL.                          DISMISSAL FOR LACK
                                              OF PROSECUTION

_____/

      YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Courtroom Three, Fresno, California, on June 1, 2009, at 10:00 AM, for dismissal for lack of prosecution.

      YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

      DATED:  April 22, 2009

                                        VICTORIA MINOR, Clerk

                          By:
                              A. Timken, Deputy Clerk