UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL GARCIA, <br> ROSE GARCIA, <br><br>       Plaintiff, <br><br>    v. <br><br> DUETSCHE BANK NATIONAL <br> COMPANY, ET.AL., <br><br>       Defendant. | 1:08-CV-01569 OWW SMS <br><br> ORDER DISMISSING ACTION <br> FOR LACK OF PROSECUTION |

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the courts Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 2, 2009**                    /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

1